PARAMOUNT UPHOLSTERING WORKS, INCORPORATED, APPELLANT, v. MORRIS DAVID ET AL., RESPONDENTS.

Submitted October 26, 1929—Decided February 3. 1930.

For the appellant, *George Rothstein*.

For the respondents, *Samuel L. Hirschberg*.

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, PARKER, BLACK, CAMPBELL, CASE, BODINE, VAN BUSKIRK, McGLENNON, KAYS, HETFIELD, DEAR, JJ. 12.

*For reversal*—None.